Israel Cooper #T97272
MCI Concord
P.O. Box 9106
Concord, MA. 01743

Re: Civil Action No. 420 CV-40043-TSH
    EMERGENCY/URGENT

5-28-2020

Dear Judge Timothy S. Hillman,

Your There has been a tragedy! Sir, on today's date Mr. Timothy Murphy whom is your plaintiff has suffered a great loss! #1. Over the last several days Murphy's mental faculties have become disjointed. He has been reverting back to old memories of family issues and had made a "paper cutter" to cut paper projects with. Using a Schick Razor he mounted its twin blades to the handle. It looks like a box cutter.

I tried to reason and plead with him that this thing looked designed to be a weapon and police could construe it as such and take him to segregation. He refused to follow my advice and said, "I am going to make sure they help me. I'm dying here and well DOC don't care, I will do something to someone and they will listen then." A loose quote sir.

I became very alarmed because he kept speaking of psychologist Joe Zinakas and kept trying to get him to pull him out. He appeared to be blaming Joe for not using his powers as a mental health professional to help him get the medical help he so desperately needs.

Today sir he was having chest issues. We prepared a sick slip, he signed it. You are aware I have been doing everything I can or know what to do to get Mr. Murphy help. He is seriously injured sir.

I took the slip downstairs myself. Murphy said he could not find the strength to go down & up the 3 flights of stairs. The nurse immediately with an officer came up to our cell to assess him. They decided he needed to be assessed at medical "HSU"

— See page 2
  (OVER)

He took the paper cutter and put it somewhere under or inside his pillow stating he wouldn't need it till the next day when he would see Joe. Murphy left.

I immediately got C/O Cartegna attention. He was seeding. I told him verbally the situation.

I handed him an emergency grievance and a sick call slip for mental health alerting them that it was in my belief that Murphy's situation was so dire that in order to help him I had an obligation as his signed legal guardian to report a mental crisis which he was not aware of his actions but was escalating to doing harm to himself and perhaps others. I cannot say with certainty he intended to harm Joe. I can say or speculate that he certainly mentioned doing something to himself. Perhaps in front of Joe was his purpose. With open mental health case, when such a situation transpires Murphy is not guilty of such an actions for his paper cutter.

C/O Cartegna then called it in. They came, found the tool in his pillow, and removed it safely out of our cell. I told him that I could have taken it myself and flushed it but this action would serve only to agitate Murphy. He was already blaming me sir for the slow mail that he sent to these courts via certified mail.

He & I prepared 2 letters for your courts today, put postage on them and IPS has these documents sir. They were sealed and fully addressed.

This is an emergency situation. Here's why. Later, we were let out for 45 minute tier time and IPS popped into the unit, saying they needed to speak with me. I went to leave, held up my finger and told him, Oh, wait a second, let me run upstairs get my ID and some legal papers you need in regards to this. I ran upstairs to do so, IPS followed me and I was looking thru my papers on my bed when moments later

See page 3

USDC
Cooper                      PAGE 3
5.28.20

He came and opened my door. He said "um did you just run from me?"
I didn't, I told you I need my i.d. to exit the pod at any time per rules and you need to see these papers I have prepared for Murphys situation to have clarity".

He then made me put my hands on the wall placed me in Restraints under threats of Macing me. And took me to Segregation SIV!

I am now in Segregation for helping your plaintiff, and the defendants co-workers have retaliated against me for helping him.

I too have court/legal issues. They placed me on a strip cell after I suffered a stress related seizure, dragged me to medical barely conscious and threatened to rape me.
Your Honor there is crazy things happening here.
Mr. Murphy needs your intervention now I can no longer help him, I have zero contact/ability to do so.

Respectfully



Isreal Ray Cooper #T9722

Place a copy of this in Murphys case file Murphy V. Kennedy et al @ 40043 TSH for his attorney he needs appointed sir.