United States District Court - Worcester

FILED IN CLERKS OFFICE
OCT 18 '21 PM 2:08 USDC MA

United States Courthouse 595 Main Street, Room 502

From: Timothy J. Murphy W112972
MCI Concord, PO Box 9106
Concord, Massachusetts 01742

Dear Judge Hillman,

I am an inmate at MCI Concord who recieved Document 54 filed 9/21/21, an order from this court of Civil Action number 4:20-CV-40043-TSH, in the mail on 9/23/21, that was tainted with the drug K-2 according to IPS Officer Anthony McDonald.

After I signed for the legal documents Officer McDonald briefly inspected the opened court documents, accusing me of recieving synthetic canabinoids on (9) 8.5×11 sheets of paper.

The Officer conducted a field test in his office away from my view and refused to allow me to inspect the envelope for evidence of the seal being tampered with.

This is further evidence of DOC retaliating against me for the civil case. This also comes at a conspiquous time where any day I would be going to Concord Farms Minimum Security Facility, now on hold.

I no longer trust the mail system or DOC officials when conversing with legal matters through this institution. One of which is the Order to file an amended complaint by October 29, 2021. set by you within the documents recieved 9/23/21

I am sending with this leter copies of documents pertaining to this matter. 1. Letter to the clerk, 2. Disciplinary Report fife pages. 3. Ten pages of the legal mail and envelope copied the day of recieving legal mail 9/23/21 4. Inmate Grievance Form naming breach in security of this institution, the U.S. Mail of this facility and my suspicions of officer McDonald as the one who put the drug on the 9 pages while in his office and copy recieved by Roxanne Travis CPO III on 9/30/21.    Timothy J. Murphy 10/12/21