To: Clerk of Courts
U.S. District Court
593 Main St. Rm. 502
Worcester, Ma. 01608

From: Timothy Murphy W112972
4:20-CV-40043-TSH
Notice of New Address and
request for delay of procedure
for property to arrive. (4 weeks)

New Address: Timothy Murphy W112972
Pondville Correctional Center
P.O. Box 146
Norfolk, Ma. 02056

Dear Clerk & Judge Hillman
I continue to have problems with the DOC mail personel
at MCI Concord. The last, two, docket text you had mailed to
me through that system had been each held over (25) days be-
fore being called down to I.P.S. to sign for it.
I am also requesting that you send me an explanation and
action taken by The U.S District Court, Judge Hillman concerning
the (9) pages of K-2 (-The Order by Judge Hillman filed 9/21/21) rec-
ieved by me 9/23/21 when signing for legal mail.
I concider this incident to be continued harassment and ret-
aliation by a defiant DOC who manipulates internal documents
for the benifit of the institution. Civil Case 4:20-CV-40043TSH, 2019
MH Mary Fortune 12/11/19 incomplete account omitting a report of illegal
activity, 12/11/19 Officer Rose Unit Super. for A-3 incomplete report of
(2) D. Reports on file omitting a second attack against the Plaintiff that caused
several fractures and head trauma while Rose stood an arms length away.

Altered internal documents also manipulated for the benifit of the institution. Every single violation of the Plaintiff's Constitutional Rights has been covered in this fashion by a corrupt system, is why I filed a motion for the Judge (Court) to request the video evidence at the specified times and locations at OCCC. I filed (sent this motion in the same envelope as the two other motions at the end of September). There is no record of the motion to secure video evidence in the last Docket Text you sent me, which leads me to believe that too may have been removed before the envelope reached its destination, The U.S Court Worcester, Ma..

Please respond as all of this is very frustrating causing unneeded mental anguish.

The latest illegal maniputation concerning the synthetic canabanoids, is the disappearence of the D-Report, the rejection of the Formal Grievance for manipulating Federal Mail from a Federal Judge, illegal use of testing, and a major breach of security.

I have written to Commissioner Mici's office informing here that (9) 8.5 x 11 pages divided up into individual doses in a prison setting is worth well over $200,000.00, the amount Mr. McDonald accused Judge Hillman sending on the (9) pages, Court Order mailed by your office. I am preparing copies of every document involved to be sent to investigative reporters as The Dept. of Corrections carelessly involve a Federal Judge in their corrupt fashion.

Sincerely Timothy J. Murphy 12/29/21
—End—