FILED IN CLERKS OFFICE
JAN 24 '22 PM 12:41 USDC MA

1/19/22

To: The Clerk and Judge Hillman          From: Timothy Murphy W112972
    U.S. District Court. Worc.          Pondville Correctional Center
    595 Main St. Room 502          P.O. Box 146
    Worcester, Ma. 01608          Norfolk, Ma. 02056

Civil Case 4:20-cv-40043-TSH

Re: Second notice of address change, request response to 11/23/21 K-2 incident at MCI Concord, and to inform this Court that even though a written request had been issued by me to the property manager and the Deputy Superintendent at Pondville, that I have a pending case, they are still keeping all legal files from me concerning this civil case.

Dear Judge Hillman
    It has been my concern, since the attack on my wellbeing on Dec. 11, 2019, that even though I tried doing the right thing by reporting an incident that had the potential to put my life and well-being in jeopardy, to four different sources, allowed things to escalate, then manipulating records, administration processes designed to protect inmates rights, and surpressing my freedom to move about as freely as all other inmates in the general population of the prison for over 10 months, preventing me from gathering evidence a establishing a case against the people who are the accused. They hold all the power. They have manipulated, they have surpressed, they have retaliated, they have accused a federal Court and Judge of sending K-2 on an Order filed 11/21/21, they have manipulated legal documents from reaching the Court,

1/19/22

they have held my legal mail from the Courts for close to a month before allowing me to recieve what the Court sent me. I don't even know if you have recieved the documents I sent without the defendant's legal team getting a first glance at what is being litigated. I am at a new facility but the antics have not stopped. The evidence and legal documents in this case are in the hands of the Corrections Department giving them access to all of my legal files. They hold all the ~~unf~~ advantage to prevent me from presenting a viable case especially when video evidence is not being veiwed by this Court as requested by the Plaintiff in a Motion to do so sent Oct. 20, 2021 along with two other motions.

    The Correction System is flawed and the people who are allowed to police themselves have too much power and are given the chance by legal avenues to be corrupt and get away with It. Plese respond to this second request. Thank You!

Sincerely Yours

—Timothy J. Murphy
1/19/2022

—End—